UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) ) ) ) |
| LISA THERESA THOMPSON | ) )    4: 12 MC 422 CDP ) ) |

## ORDER

This Court has been advised by receipt of a certified copy of the May 29, 2012 final order of discipline of the Supreme Court of Missouri, entered in **In re: Lisa Theresa Thompson**, Cause No. 92436, that Lisa Theresa Thompson has been suspended from the practice of law by the Supreme Court of Missouri.

Lisa Theresa Thompson has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated July 25, 2012 directing Lisa Theresa Thompson to show cause in writing within thirty days after service of that order why the final discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail on the Respondent on July 26, 2012. Respondent has failed to file a response within the time set by the Court's order. This Court therefore finds that the final discipline ordered by the Supreme Court of Missouri should be imposed on Lisa Theresa Thompson pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Lisa Theresa Thompson is suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 29th day of October, 2012.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw